UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL POLISHUK,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SUNRISE SENIOR LIVING MANAGEMENT, LLC, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.:  16-CV-0910-GPC (WVG)<br><br>**ORDER GRANTING PLAINITFF'S UNOPPOSED REQUEST TO PARTICIPATE TELEPHONICALLY AT THE EARLY NEUTRAL EVALUATION CONFERENCE** |

On April 15, 2016, the Court set an Early Neutral Evaluation ("ENE") Conference for May 27, 2016, at 9:00 a.m., before United States Magistrate Judge William V. Gallo, United States Courthouse, Courtroom 2A, Second Floor, 221 West Broadway, San Diego, California.  (Doc. No. 4.)  The Order provided that "[a]ll parties, adjusters for insured defendants, and other representatives of a party having full and complete authority to enter into a binding settlement, and the principal attorneys responsible for the litigation, must be present **in person** and legally and factually prepared to discuss settlement of the case.  See S.D. Cal. Civ. L. R. 16.1(c)."  Id. at 2 (emphasis in original).

On May 18, 2016, Plaintiff's counsel lodged with the Court a written request to excuse Plaintiff's personal appearance at the ENE Conference.  Plaintiff's counsel explains that Plaintiff resides at a Skilled Nursing Facility where he is being treated for a medical

1 condition which limits his ability to sit up in a chair for more than two hours a day.
2 Plaintiff's counsel also notes that Plaintiff requires a tracheostomy tube and an oxygen
3 tank. Plaintiff's counsel states that Plaintiff will be available telephonically. Further,
4 Plaintiff's counsel represents that counsel for all Defendants have agreed that Plaintiffs'
5 personal appearance at the ENE Conference is not necessary in light of his medical
6 conditions.

7 For good cause shown, the Court hereby **GRANTS** Plaintiff's request to participate
8 telephonically at the ENE Conference. Plaintiff's counsel shall appear in person at the
9 ENE Conference and shall have a telephone number where Plaintiff can be reached at the
10 start of the Conference. Plaintiff shall be prepared to participate via telephone for the
11 duration of the ENE Conference.

12 **IT IS SO ORDERED.**

13 Dated: May 19, 2016

_____
Hon. William V. Gallo
United States Magistrate Judge